230

JAMES A. McGOVERN, APPELLANT-PETITIONER, v. FLOYD R. HOFFMAN, DIRECTOR, *ETC.*, RESPONDENT-RESPONDENT.

Messrs. *Adams, DeRose, Bliablias & Serratelli* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Marvin M. Wodlinger* for the respondent.

May 14, 1962.

EZRA ROSENBAUM, PLAINTIFF-PETITIONER, v. HANNI HAMMETT, *ET AL.*, DEFENDANTS-RESPONDENTS.

Messrs. *Levy, Lemken & Margulies* and *Mr. Leo B. Mazer* for the petitioner.

*Mr. Louis Lando, Mr. Solomon Lubow* and *Mr. Robert C. Garofalo* for the respondents.

May 14, 1962.